# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 16-6400 DSF (RAOx) | Date | 10/5/17 |
| Title | Rahim Multani v. Pro Value Properties, Inc., et al. | | |

Present: The Honorable DALE S. FISCHER, United States District Judge

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs | Attorneys Present for Defendants |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order to Show Cause re Sanctions

On September 22, 2017, this Court issued an Order stating:

Plaintiff's complete failure to cooperate with discovery provides good cause to amend the scheduling order as to Defendants' discovery. The motion is GRANTED. Defendants are to file a joint request for new scheduling dates with a proposed order no later than September 29, 2017.

On September 29, 2017, defense counsel submitted a Unilateral Request to Continue Scheduling Dates, along with a Declaration stating that Mr. Sayegh failed to cooperate in connection with providing a joint request for dates. This is not the first time Mr. Sayegh has failed to act professionally or to comply with Court orders. Mr. Sayegh is ordered to show cause in writing no later than October 11, 2017 why he should not be sanctioned in the amount of $250 for his failure to comply with this Court's Orders. A hearing on the Order to Show Cause is set for October 16, 2017 at 11:00 a.m. Payment of $250 to the Clerk of the Court by October 13, 2017 will be deemed compliance with this Order to Show Cause. In the alternative, the filing of a Joint Stipulation will be deemed compliance. In the absence of a Joint Stipulation, defense counsel's requested dates are approved.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MEMORANDUM**

IT IS SO ORDERED.