JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHIM MULTANI, an individual; Plaintiff, | Case No: 2:16-cv-06400 DSF-RAO |
| vs. | **JUDGMENT** |
| PRO VALUE PROPERTIES, INC. a California Corporation; APB PROPERTIES, LLC, a California Limited Liability Company; ONE WEST BANK, N.A., a National Association; CIT BANK, N.A., a National Association; OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company; EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; TRANSUNION, CORP., a Delaware Corporation; PETER BAER, an individual; and DOES 2 - 10, inclusive, Defendants. | |

| | |
|---|---|
| 1 | The Court having granted Defendants' Motion for Summary Judgment, or in |
| 2 | the alternative, Summary Adjudication, **IT IS ORDERED, ADJUDGED AND** |
| 3 | **DECREED** that Judgment is entered in favor of Defendants Ocwen Loan |
| 4 | Servicing, LLC, CIT Bank, N.A., and OneWest Bank, N.A., and each of those |
| 5 | defendants is dismissed with prejudice. |

Dated: 3/2/18

*Dale S. Fischer*

Hon. Dale S. Fischer
United States District Judge

JUDGMENT